**STATE v. ARNOLD**

[356 N.C. 291 (2002)]

STATE OF NORTH CAROLINA v. MASON ARNOLD

No. 30A02

(Filed 4 October 2002)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 147 N.C. App. 670, 557 S.E.2d 119 (2001), finding no error in a judgment entered 12 September 2000 by Jones (Paul L.), J., in Superior Court, Greene County. Heard in the Supreme Court 10 September 2002.

*Roy Cooper, Attorney General, by Floyd M. Lewis, Assistant Attorney General, for the State.*

*William D. Spence for defendant-appellant.*

PER CURIAM.

AFFIRMED.